IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-152-D

| | | |
|---|---|---|
| KAROLINA ALONZO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHAD STEUR LAW LLC, | ) | |
| CHAD M. STEUR, and FEDERAL | ) | |
| PACIFIC CREDIT COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

On April 19, 2010, plaintiff, through counsel, filed a complaint in this court [D.E. 1]. On April 20, 2010, May 14, 2010, and May 19, 2010, the Clerk of Court issued civil summonses for service on defendants [D.E. 2, 5, 6, 7]. On March 23, 2011, the Clerk of Court sent notice to plaintiff and plaintiff's counsel of failure to make service within 120 days of the filing of the complaint and warned plaintiff about the consequences of failing to make service [D.E. 8].

Plaintiff has failed to serve the summons and complaint within 120 days of the filing of the complaint. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, plaintiff's action is dismissed without prejudice. See Fed. R. Civ. P. 4(m).

SO ORDERED. This 1,3 day of April 2011.

JAMES C. DEVER III
United States District Judge